# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FELIX SIMS,** | : |
| **Plaintiff,** | : |
| vs. | : CA 08-0377-C |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security,** | : |
| **Defendant.** | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be **AFFIRMED**.

**DONE** this the 20th day of May, 2009.

                                          s/WILLIAM E. CASSADY
                                          UNITED STATES MAGISTRATE JUDGE